FRITZ S. LUST, Appellant, *v.* HANOVER NATIONAL BANK, Respondent. (Actions Nos. 1 and 2.)

FREDERICK S. LUST, Appellant, *v.* HANOVER NATIONAL BANK OF NEW YORK, Respondent. (Action No. 3.)

(Argued November 30, 1932; decided December 16, 1932.)

*Louis Boehm, David Rasch* and *Martin C. Ansorge* for appellant.

*Theodore J. Miller* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.